IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VASQUEZ,

        Plaintiff,                        No. CIV S-09-1394 GGH P

    vs.

ARNOLD SCHWARZENEGGER,

        Defendant.              ORDER

_____/

        Plaintiff, apparently a former state prisoner proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent (Doc. 4). See 28 U.S.C. § 636; see also E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

        By order filed July 20, 2009, the court granted plaintiff thirty days to file an amended complaint. On August 17, 2009, plaintiff was re-served with this order to his most current address. In the July 20th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

/////

1

1         For the reasons given in the July 20, 2009, order, IT IS HEREBY ORDERED that this action be dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: November 3, 2009

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:035
vasq1394.fta